United States District Court
Middle District of Florida
Tampa Division

FILED

2016 SEP 30 AM 11:59

Kathalene Ness

    Plaintiff,

V.

8:16 cv 2789 T23 TGW
Case No. 8:16-mc-110.T-17TBM

UNITED STATES DEPARTMENT OF
THE INTERIOR, Office of Hearings and
Appeals, Interior Board of Land Appeals

    Defendant.

Complaint and Demand for Jury Trail

I wish to appeal the final Interior board of land appeals decision affirming Bureau of
Land Management's decision to repossess three horses. The Administrative Procedures
Act, 5 U.S.C 701- 706 govern judicial review of final agency action.
Facility owners were in breach of contract and put the safety of my horses at risk.
BLM violated my legal rights by getting involved in my contracts and taking my horses.
Due to phone calls made by owners. Blm states that I had no were to house my horses this
is untrue. Blm refused to allow me to move my horses to a new facility. Bureau of Land
Management has with held information from the case file on my horses photographic pictures
taken on June 3, 2015 at the inspection conducted by compliance officer Mr. Dan Russell.
I request that the court please allow me a trail for this case and a stay of their final decision so I
can reclaim the 3 horses taken from me.

*Kathalene Ness* (signature)

863-937-6448
Kathalene Ness
510 Carolyn Dr
Lakeland Florida, 33803

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 30, 2016 a true copy of the forgoing Appeal Was mailed for service by first class mail, postage prepaid, or in the Alternative, by Overnight delivery service, to the following person who is entitled to service in Accordance with C.F.R 4.22 (b)

United States Department of the Interior

Office of Hearings and Appeals

Interior Board of Land Appeals

801 N. Quincy St, Suite 300

Arlington, VA  22203

703-235-3750

Chief Administrative Judge

Eileen  Jones


Administrative Judge

Amy B. Sosin